## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| RAVEN ENGLISH, | Case No. 1:25-cv-00712-DRC |
| Plaintiff, | JUDGE DOUGLAS R. COLE |
| v. | |
| DATAX LTD, | |
| Defendant. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby stipulated and agreed by and between pro se Plaintiff, Raven English, and Defendant, DataX Ltd. ("DataX") that the above-titled action is hereby dismissed with prejudice as to Defendant DataX. Each party will bear their own costs and attorney's fees.

Dated:  June 15, 2026

Respectfully submitted,

By:_____

Raven English
ravenenglish@gmail.com
9210 Coogan Drive
Cincinnati, Ohio 45231-2912
*Plaintiff Pro Se*

By: */s/ David A. Wallace*
David A. Wallace (0031356)
wallace@carpenterlipps.com
Tyler K. Ibom (0085928)
ibom@carpenterlipps.com
CARPENTER LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215

326012568v.1

2

Telephone:  (614) 365-4100
Facsimile:  (614) 365-9145
*Counsel for Defendant*
*DataX Ltd.*

2

326012568v.1

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 15, 2026, a copy of the foregoing was filed electronically with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF users in this case. A copy has also been sent via U.S. Mail to the following:

> RAVEN ENGLISH, *plaintiff pro se*
> 9210 COOGAN DR
> CINCINNATI OH  45231-2912
> Email:  ravenenglish@gmail.com

> */s/ David A. Wallace*
> David A. Wallace
> Tyler K. Ibom
> *Counsel for Defendant*
> *DataX Ltd.*

3

326012568v.1